FILED 17 MAY '22 15:41 USDC-ORP    **UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:22-cr-185-HZ |
| v. | INDICTMENT |
| RAPHAEL WHITFIELD, | 18 U.S.C. § 2252A(a)(2) |
| | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES

Count 1
(Distribution of Child Pornography)
(18 U.S.C. § 2252A(a)(2))

On or about September 29, 2020, in the District of Oregon, defendant **RAPHAEL WHITFIELD** knowingly and unlawfully distributed child pornography using any means or facility of interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2252A(a)(2).

Count 2
(Possession of Child Pornography)
(18 U.S.C. § 2252A(a)(5)(B))

On or about October 5, 2021, in Multnomah County, in the District of Oregon, defendant **RAPHAEL WHITFIELD** knowingly and unlawfully possessed material containing child pornography that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by

computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, said images including a depiction of a prepubescent minor or a minor who had not attained twelve (12) years of age;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### Forfeiture Allegation

Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense described above in Counts 1 and 2 of this indictment, defendant **RAPHAEL WHITFIELD** shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violations alleged in those counts, or any property, real or personal, constituting or traceable to proceeds of those offenses.

DATED: May  17 , 2022.                                A TRUE BILL.

                                                      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                                                      OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

MIRA CHERNICK
Assistant United States Attorney